O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEJDIK ASLANIAN, an individual, JULIET SULIAN, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>ONE WEST BANK, a California Bank; J&R LENDING, INC., a California corporation dba FIRST SECURITY LENDING; MORTGAGE ELECTRIC REGISTRATION SYSTEMS, INC.; a Delaware corporation; and MTDS, INC., a California corporation dba MERIDIAN FORECLOSURE SERVICE ,<br><br>    Defendants. | ) Case No. CV 10-01651 DDP (SSx)<br>)<br>) **Order Granting Defendants' Motion**<br>) **to Dismiss (Dkt. No. 6)**<br>)<br>) [Motion filed on March 12, 2010]<br>) |

   Defendants OneWest Bank FSB and Mortgage Electronic Registration Systems, Inc. filed a Motion to Dismiss Plaintiffs' complaint on March 12, 2010, and noticed a hearing for May 3, 2010. Because Plaintiffs have not filed an opposition, the Court GRANTS the Motion.

///

1    Central District of California Local Rule 7-9 requires an
2 opposing party to file an opposition to any motion at least twenty-
3 one (21) days prior to the date designated for hearing the motion.
4 C.D. CAL. L.R. 7-9.  Additionally, Local Rule 7-12 provides that
5 "[t]he failure to file any required paper, or the failure to file
6 it within the deadline, may be deemed consent to the granting or
7 denial of the motion."  C.D. CAL. L.R. 7-12.
8    The hearing on Defendants' Motion to Dismiss was scheduled for
9 May 3, 2010.  Plaintiffs' opposition was therefore due by April 12,
10 2010.  As of the date of this Order, Plaintiffs have not filed an
11 opposition, or any other filing that could be construed as a
12 request to move the hearing date.  Accordingly, the Court deems
13 Plaintiffs' failure to oppose consent to granting Defendants'
14 Motion to Dismiss.

17 IT IS SO ORDERED.

20 Dated: May 4, 2010

DEAN D. PREGERSON
United States District Judge

2